NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID MATTHEW ANDERSON,　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D19-782
　　　　　　　　　　　　　　　　　　　　　　)
KAREN S. ANDERSON, individually,　　)
and as successor trustee of the　　　　)
Michael H. Anderson Second Amended　)
and Restated Trust dated May 7, 2010,　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　　)
_____)

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Lee County;
Robert J. Branning, Judge.

David Matthew Anderson, pro se.

C. Richard Mancini of Henderson,
Franklin, Starnes & Holt, P.A., Bonita
Springs, for Appellee.


PER CURIAM.


　　　　　Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.